UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1]<br><br>                Defendant. | Civil Action No. 20-1411 (JEB) |

### CONSENT MOTION TO RECONSIDER ORDER
### PERMITTING PLAINTIFF TO PROCEED UNDER PSEUDONYM

In a motion filed under seal on May 28, 2020, Plaintiff sought leave to proceed in this matter under the pseudonym of "Jane Doe." (ECF Nos. 1-2)   That motion was granted on the date it was filed (ECF No. 3), and Plaintiff filed her Complaint that same day using the "Jane Doe" pseudonym.   Plaintiff has since explained in the parties' Rule 16 report that "Plaintiff moved to proceed under a pseudonym out of an abundance of caution to afford the agency time to determine whether, from the agency's standpoint, Plaintiff's proceeding under a pseudonym was warranted."   (ECF No. 14 at 6-7)

Defendant did not have an opportunity to respond to Plaintiff's motion at the time it was filed.   After reviewing Plaintiff's filing following service of the Complaint and the basis

---

[1] Pursuant to Rule 25(d), Acting Attorney General Jeffrey A. Rosen automatically is substituted in place of former Attorney General William Barr.

proffered by Plaintiff in her motion, Defendant has determined that, from its standpoint, it is not necessary for Plaintiff to proceed under a pseudonym.  (Fuerholzer Decl. ¶¶ 4-5)[2]

The Court, in its May 28, 2020 order, granted the motion to proceed under a pseudonym "subject to any further consideration by the United States District Judge to whom this case is randomly assigned."  Accordingly, Defendant requests that the Court reconsider the May 28, 2020 order and require that Plaintiff proceed in this litigation under her actual name and otherwise vacate the May 28, 2020 order.  Because Plaintiff has indicated in the parties' Rule 16 report an intention to amend her Complaint in other respects (ECF No. 14 at 1 n.2), Defendant proposes that the parties discuss the timing of that proposed amendment (along with amendments to address the pseudonym issue) at the Initial Scheduling Conference on January 6, 2021.

Pursuant to Local Rule 7(m), the parties have conferred on this motion and, as stated in the parties' Rule 16 report, Plaintiff has advised, through counsel, that she does not oppose this motion for reconsideration. A proposed order is attached.

                Respectfully submitted,

                MICHAEL R. SHERWIN
                Acting United States Attorney

                BRIAN P. HUDAK
                Acting Civil Chief

                By: /s/
                JEREMY S. SIMON
                D.C. Bar No. 447956
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-2528

---

[2] Although this declaration does not identify Plaintiff, it does reference certain of Plaintiff's contentions made in her under seal motion.  Consequently, out of an abundance of caution, the declaration is being filed under seal consistent with the Court's May 28, 2020 order directing the sealing of Plaintiff's motion.

Jeremy.simon@usdoj.gov