SUBJECT TO PROTECTIVE ORDER

EXHIBIT
17 (v.One)

GRZ_FBI003664



SUBJECT TO PROTECTIVE ORDER                                    GRZ_FBI003665

SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER                                                              GRZ_FBI003667



SUBJECT TO PROTECTIVE ORDER                                          **GRZ_FBI003668**



SUBJECT TO PROTECTIVE ORDER                                       GRZ_FBI003670

SUBJECT TO PROTECTIVE ORDER   GRZ_FBI003671



SUBJECT TO PROTECTIVE ORDER		GRZ_FBI003672

SUBJECT TO PROTECTIVE ORDER **GRZ_FBI003673**

SUBJECT TO PROTECTIVE ORDER				GRZ_FBI003674