UNCLASSIFIED//FOUO



# FBI Gender Analysis Overview

The FBI Gender Analysis examined the FBI workforce gender demographic by pay grade and workforce segment over the course of a twelve year period (FY2005 – YTD2016).

| Section | Figure Description | Page # |
|---|---|---|
| 1 | Overall FBI Workforce Summary | 1 |
| 2 | GS-14, GS-15 and SES Breakout by Workforce Segment | 2-12 |
| 3 | Special Agent Breakout by Classification | 13-15 |
| 4 | SES Breakout by Operational Division | 16-20 |

EXHIBIT

**21**

COMPLAINANT 00749

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

**Section** 

# FBI Workforce Trend by Gender – Overall







## FBI All Employee by Gender

2005 (45%) 2006 (45%) 2007 (45%) 2008 (44%) 2009 (44%) 2010 (43%) 2011 (43%) 2012 (43%) 2013 (43%) 2014 (42%) 2015 (43%) 2016 (43%)

**Fiscal Year (Female Employee %)**

■ Female  ■ Male  ■ Unknown

**SOURCE:** *FBI Employee data from FY2005 to YTD2016*
**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

UNCLASSIFIED//FOUO

COMPLAINANT 00750

UNCLASSIFIED//FOUO

**Section ②**

# GS-14 Trend by Workforce Segment – Overall





### GS-14 SA Count (Female Employee %)

| | 2005 (16%) | 2006 (16%) | 2007 (17%) | 2008 (18%) | 2009 (17%) | 2010 (16%) | 2011 (15%) | 2012 (17%) | 2013 (17%) | 2014 (17%) | 2015 (17%) | 2016 (17%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 1,892 | 2,121 | 1,972 | 1,991 | 2,156 | 2,358 | 2,441 | 2,517 | 2,518 | 2,425 | 2,549 | 2,623 |
| Male SA | 1,593 | 1,783 | 1,642 | 1,641 | 1,789 | 1,978 | 2,063 | 2,099 | 2,081 | 2,023 | 2,117 | 2,181 |
| Female SA | 299 | 338 | 330 | 350 | 367 | 380 | 378 | 418 | 437 | 402 | 432 | 442 |

■ Female SA   ■ Male SA

### GS-14 IA Count (Female Employee %)

| | 2005 (49%) | 2006 (50%) | 2007 (47%) | 2008 (47%) | 2009 (47%) | 2010 (46%) | 2011 (47%) | 2012 (47%) | 2013 (47%) | 2014 (47%) | 2015 (48%) | 2016 (48%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 275 | 314 | 356 | 396 | 480 | 600 | 697 | 759 | 857 | 821 | 856 | 853 |
| Male IA | 140 | 158 | 187 | 209 | 254 | 317 | 369 | 403 | 453 | 434 | 446 | 443 |
| Female IA | 135 | 156 | 169 | 187 | 226 | 277 | 328 | 356 | 404 | 387 | 410 | 410 |

■ Female IA   ■ Male IA

### GS-14 PS Count (Female Employee %)

| | 2005 (43%) | 2006 (45%) | 2007 (46%) | 2008 (47%) | 2009 (49%) | 2010 (49%) | 2011 (49%) | 2012 (48%) | 2013 (49%) | 2014 (48%) | 2015 (48%) | 2016 (49%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 931 | 1,081 | 1,163 | 1,292 | 1,467 | 1,646 | 1,734 | 1,859 | 1,895 | 1,848 | 1,959 | 2,024 |
| Male PS | 535 | 596 | 622 | 685 | 748 | 842 | 884 | 954 | 972 | 952 | 1,015 | 1,037 |
| Female PS | 396 | 485 | 540 | 607 | 718 | 802 | 846 | 901 | 923 | 883 | 940 | 987 |

■ Female PS   ■ Male PS

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SI. pay grades.*

COMPLAINANT 00751

UNCLASSIFIED//FOUO



**Section**

② **GS-15 Trend by Workforce Segment – Overall**

### GS-15 SA Count (Female Employee %)



| | 2005 (13%) | 2006 (15%) | 2007 (15%) | 2008 (14%) | 2009 (16%) | 2010 (18%) | 2011 (17%) | 2012 (18%) | 2013 (16%) | 2014 (18%) | 2015 (17%) | 2016 (17%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 487 | 559 | 562 | 600 | 625 | 641 | 643 | 626 | 627 | 633 | 655 | 646 |
| Male SA | 424 | 477 | 475 | 518 | 525 | 525 | 532 | 515 | 524 | 519 | 546 | 536 |
| Female SA | 63 | 82 | 87 | 82 | 100 | 116 | 111 | 111 | 103 | 114 | 109 | 110 |

Female SA ■ Male SA

### GS-15 IA Count (Female Employee %)



| | 2005 (27%) | 2006 (29%) | 2007 (33%) | 2008 (39%) | 2009 (41%) | 2010 (42%) | 2011 (44%) | 2012 (44%) | 2013 (40%) | 2014 (42%) | 2015 (42%) | 2016 (40%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 33 | 38 | 40 | 49 | 59 | 69 | 79 | 81 | 87 | 90 | 102 | 107 |
| Male IA | 24 | 27 | 27 | 30 | 35 | 40 | 44 | 45 | 52 | 52 | 59 | 64 |
| Female IA | 9 | 11 | 13 | 19 | 24 | 29 | 35 | 36 | 35 | 38 | 43 | 43 |

Female IA ■ Male IA

### GS-15 PS Count (Female Employee %)



| | 2005 (40%) | 2006 (40%) | 2007 (41%) | 2008 (41%) | 2009 (42%) | 2010 (43%) | 2011 (42%) | 2012 (43%) | 2013 (43%) | 2014 (42%) | 2015 (44%) | 2016 (43%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 376 | 468 | 492 | 512 | 602 | 676 | 694 | 736 | 735 | 708 | 779 | 778 |
| Male PS | 227 | 281 | 288 | 300 | 348 | 386 | 402 | 421 | 420 | 411 | 433 | 440 |
| Female PS | 149 | 187 | 204 | 212 | 254 | 288 | 291 | 314 | 315 | 296 | 342 | 338 |

Female PS ■ Male PS

**Note:** General Schedule includes GL, GM, and GS pay grades. SES includes ES and SI pay grades.

3

COMPLAINANT 00752

UNCLASSIFIED//FOUO



**Section ②**

# SES Trend by Workforce Segment – Overall







Note: General Schedule includes GL, GM, and GS pay grades. SES includes ES and SI, pay grades.

COMPLAINANT 00753

UNCLASSIFIED//FOUO

**Section**

② **SA Trend by Pay Grade – Field Offices**







Note: General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.



UNCLASSIFIED//FOUO

5

COMPLAINANT 00754

UNCLASSIFIED//FOUO



**Section ②**

# IA Trend by Pay Grade – Field Offices



Field GS-14 IA  (Female Employee %)



Field GS-15 IA  (Female Employee %)

Note: *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

UNCLASSIFIED//FOUO



**Section**

**2**

# PS Trend by Pay Grade – Field Offices





*SES Professional Staff numbers include 1 male between 2007 – 2008

**Note:** General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.

COMPLAINANT 00756

UNCLASSIFIED//FOUO

**Section 2**

# SA Trend by Pay Grade – Headquarter









**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SI pay grades.*

COMPLAINANT 00757

UNCLASSIFIED//FOUO

**Section ②**

# IA Trend by Pay Grade – Headquarter









**Note:** General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.

UNCLASSIFIED//FOUO

COMPLAINANT 00758

UNCLASSIFIED//FOUO

**Section ②**

# PS Trend by Pay Grade – Headquarter



## HQ GS-14 PS (Female Employee %)



| | 2005 (43%) | 2006 (46%) | 2007 (47%) | 2008 (48%) | 2009 (50%) | 2010 (50%) | 2011 (50%) | 2012 (49%) | 2013 (49%) | 2014 (49%) | 2015 (49%) | 2016 (49%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 857 | 1,000 | 1,068 | 1,176 | 1,347 | 1,516 | 1,593 | 1,707 | 1,740 | 1,685 | 1,785 | 1,851 |
| GS-14 Female | 489 | 545 | 567 | 615 | 679 | 762 | 801 | 863 | 883 | 855 | 913 | 935 |
| GS-14 Male | 368 | 455 | 500 | 561 | 667 | 752 | 789 | 840 | 857 | 818 | 869 | 916 |
| GS-14 Unknown | | | 1 | | 1 | 2 | 3 | 4 | | 12 | 3 | |

GS-14 Female  ■ GS-14 Male  GS-14 Unknown

## HQ GS-15 PS (Female Employee %)



| | 2005 (40%) | 2006 (40%) | 2007 (41%) | 2008 (41%) | 2009 (42%) | 2010 (42%) | 2011 (42%) | 2012 (43%) | 2013 (43%) | 2014 (42%) | 2015 (44%) | 2016 (43%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 374 | 466 | 488 | 507 | 597 | 670 | 688 | 730 | 729 | 702 | 773 | 772 |
| GS-15 Female | 148 | 186 | 202 | 209 | 251 | 284 | 288 | 311 | 312 | 293 | 339 | 335 |
| GS-15 Male | 226 | 280 | 286 | 298 | 346 | 384 | 399 | 418 | 417 | 408 | 430 | 437 |
| GS-15 Unknown | | | | | | 2 | 1 | 1 | | 1 | 4 | |

GS-15 Female  ■ GS-15 Male  GS-15 Unknown

## HQ SES PS (Female Employee %)



| | 2005 (29%) | 2006 (25%) | 2007 (25%) | 2008 (30%) | 2009 (28%) | 2010 (30%) | 2011 (27%) | 2012 (27%) | 2013 (28%) | 2014 (27%) | 2015 (27%) | 2016 (27%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 56 | 64 | 69 | 77 | 86 | 92 | 95 | 92 | 94 | 94 | 103 | 104 |
| SES Female | 16 | 16 | 17 | 23 | 24 | 28 | 26 | 25 | 26 | 25 | 28 | 28 |
| SES Male | 40 | 48 | 52 | 54 | 61 | 64 | 69 | 67 | 68 | 69 | 75 | 76 |

SES Female  ■ SES Male  SES Unknown

**Note:** General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.

10

UNCLASSIFIED//FOUO

COMPLAINANT 00759

UNCLASSIFIED//FOUO

# SA Trend by Pay Grade – National Security Branch (NSB)






**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

UNCLASSIFIED//FOUO

COMPLAINANT 00760

11

UNCLASSIFIED//FOUO



**Section 2**

# SA Trend by Pay Grade – Criminal Cyber Response & Services (CCRSB)







Note: General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.

COMPLAINANT 00761

UNCLASSIFIED//FOUO



**Section ③**

# Agent Specific SES Positions by Gender

At the FBI, certain Senior Executive Service (SES) positions can only be maintained by a Special Agent. In 2016, there are 220 such SES positions, of which 12% (27/220) are held by female employees.



**SOURCE:** *Current SES Agent Position Report from 2016*
**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

13

COMPLAINANT 00762

UNCLASSIFIED//FOUO



**Section ③**

# Assistant Special Agent in Charge Trend – Overall



**ASAC Count**

Data by Fiscal Year (Female Employee %):

| Fiscal Year | Female ASAC | Male ASAC | Total |
|---|---|---|---|
| 2005 (16%) | 21 | 108 | 129 |
| 2006 (14%) | 22 | 131 | 153 |
| 2007 (15%) | 23 | 127 | 150 |
| 2008 (12%) | 19 | 136 | 155 |
| 2009 (15%) | 25 | 144 | 169 |
| 2010 (16%) | 28 | 150 | 178 |
| 2011 (13%) | 24 | 157 | 181 |
| 2012 (14%) | 25 | 152 | 177 |
| 2013 (15%) | 26 | 151 | 177 |
| 2014 (16%) | 28 | 149 | 177 |
| 2015 (14%) | 28 | 167 | 195 |
| 2016 (16%) | 30 | 160 | 190 |

**Fiscal Year (Female Employee %)**

■ Female ASAC  ■ Male ASAC

*Note: General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

14

UNCLASSIFIED//FOUO

COMPLAINANT 00763

UNCLASSIFIED//FOUO



**Section** ③

# Special Agent in Charge Trend – Overall



## SAC Count

| Fiscal Year (Female Employee %) |
| --- |

Legend: ■ Female SAC   ■ Male SAC

| Year | Total | Male | Female |
| --- | --- | --- | --- |
| 2005 (10%) | 63 | 57 | 6 |
| 2006 (13%) | 60 | 52 | 8 |
| 2007 (21%) | 62 | 49 | 13 |
| 2008 (20%) | 64 | 51 | 13 |
| 2009 (16%) | 64 | 54 | 10 |
| 2010 (16%) | 64 | 54 | 10 |
| 2011 (17%) | 65 | 54 | 11 |
| 2012 (20%) | 59 | 47 | 12 |
| 2013 (23%) | 61 | 47 | 14 |
| 2014 (15%) | 67 | 57 | 10 |
| 2015 (11%) | 66 | 59 | 7 |
| 2016 (9%) | 68 | 62 | 6 |

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

15

UNCLASSIFIED//FOUO

COMPLAINANT 00764



UNCLASSIFIED//FOUO

**Section ④**

# FBI Operational Divisions SES Trend – Counterterrorism



## Counterterrorism Division SES Count

Fiscal Year (Female Employee %)

Female SES    Male SES

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

16

COMPLAINANT 00765

UNCLASSIFIED//FOUO



**Section ④**

# FBI Operational Divisions SES Trend – Counterintelligence



## Counterintelligence Division SES Count



**Fiscal Year (Female Employee %)**

Female SES ■ Male SES

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

17

UNCLASSIFIED//FOUO

COMPLAINANT 00766

UNCLASSIFIED//FOUO



Section ④

# FBI Operational Divisions SES Trend – Criminal Investigative

## Criminal Investigative Division SES Count



| Fiscal Year (Female Employee %) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 (25%) | 2006 (33%) | 2007 (22%) | 2008 (20%) | 2009 (29%) | 2010 (30%) | 2011 (38%) | 2012 (44%) | 2013 (29%) | 2014 (20%) | 2015 (0%) | 2016 (11%) |

Legend: Female SES · Male SES

Note: *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

18

COMPLAINANT 00767

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

**Section ④**

# FBI Operational Divisions SES Trend – Cyber



## Cyber Division SES Count



Fiscal Year (Female Employee %)

■ Female SES   ■ Male SES

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

19

COMPLAINANT 00768

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO



**Section ❹**

# FBI Operational Divisions SES Trend – Critical Incident Response Group



## Critical Incident Response Group Division SES Count



**Fiscal Year (Female Employee %)**

■ Female SES  ■ Male SES

**Note:** *General Schedule includes GL, GM, and GS pay grades. SES includes ES and SL pay grades.*

20

COMPLAINANT 00769

UNCLASSIFIED//FOUO