SUBJECT TO PROTECTIVE ORDER

EXHIBIT
26 (v.One)

GRZ_FBI003490

SUBJECT TO PROTECTIVE ORDER

GRZ_FBI003491



SUBJECT TO PROTECTIVE ORDER

**GRZ_FBI003492**