SUBJECT TO PROTECTIVE ORDER

EXHIBIT
27 (v.One)

GRZ_FBI000813