# Trisha Anderson, Charles Newman

Oct. 8, 2011

Trisha Beth Anderson and Charles Lawrence Newman were married Saturday at the Clifton Inn in Charlottesville, Va. The Rev. Scott E. Davis, a United Methodist minister, officiated.

The bride, 35, who will keep her name, is a senior counsel to James M. Cole, the deputy attorney general, in Washington. Until July she was a clerk for Supreme Court Justice Elena Kagan. She graduated from Yale and received a law degree from Harvard.

She is the daughter of Betty Anderson and Howard B. Anderson of Cranberry Township, Pa. The bride's father is the commodity and energy risk manager in Pittsburgh, at Del Monte Foods, the San Francisco food production and distribution company.

The bridegroom, 33, is a deputy legal adviser to the National Security Council, at the White House. He graduated from Duke and received a law degree from the University of Virginia.

He is a son of Mary Elizabeth Newman and George W. Newman III of Cincinnati. The bridegroom's mother works from home, directing projects involving leadership training and development at the Cygnus Corporation, a management consultancy in Rockville, Md. His father retired as the owner of the Robus Leather Corporation, a manufacturer that was in Cincinnati.



EXHIBIT
32