

GRZ_FBI004440

**EXHIBIT 35 (v.One)**



SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER                                   GRZ_FBI004442



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



GRZ_FBI004445



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER


SUBJECT TO PROTECTIVE ORDER
GRZ_FBI004452



SUBJECT TO PROTECTIVE ORDER



 GRZ_FBI004454



GRZ_FBI004455



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004457



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004460



SUBJECT TO PROTECTIVE ORDER   GRZ_FBI004461



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004462



SUBJECT TO PROTECTIVE ORDER   GRZ_FBI004463



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004465



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



GRZ_FBI004468



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004470



                    GRZ_FBI004471



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER          GRZ_FBI004473



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                         GRZ_FBI004476



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004478

SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER   GRZ_FBI004480



 GRZ_FBI004481



 GRZ_FBI004482



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004483



SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER                    GRZ_FBI004487



SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER



 GRZ_FBI004492



SUBJECT TO PROTECTIVE ORDER