UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCIANN GRZADZINSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERRICK GARLAND, in his official ) <br> capacity as Attorney General of the United ) <br> States, ) <br> ) <br> Defendant. ) | Civil Action No. 20-1411 (JEB) |

**DEFENDANT'S LIST OF WITNESSES AND EXHIBITS FOR TRIAL**

Pursuant to the Parties' agreement, Defendant Merrick Garland, Attorney General of the United States, by and through counsel, hereby submits Defendant's List of Witnesses and Exhibits for Trial:

**I.  Names Of Persons Who May Testify At Trial**

Defendant may call the following witnesses at trial:

1. Plaintiff

    Subject matter: Plaintiff's allegations in this case

2. James Baker
    c/o Daniel Levin, Esq.
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, District of Columbia 20005-3807

    Subject matter: Plaintiff's allegations in this case and hiring of Plaintiff and Trisha Anderson

3. Ernest Babcock
    c/o Melanie L. Glickson
    Federal Bureau of Investigation

EXHIBIT 1

      935 Pennsylvania Avenue, NW
      Room 10140
      Washington, DC  20535

      Subject matter:  Plaintiff's allegations in this case

4.    Trisha Anderson
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

      Subject matter:  Interactions with James Baker and Deputy General Counsel role, and Plaintiff's position within the Office of General Counsel, CDC bar licensure issue, participation in meetings with James Baker and his conduct in such meetings

5.    JoHanna G. Hall
      Federal Bureau of Investigation
      Human Resources Division
      935 Pennsylvania Avenue, NW
      Washington, DC  20535

      Subject matter:  Process for obtaining SES position; SES probationary period and process for probationary review assessment; and ratio of SES positions within FBI

6.    Catherine Chen
      c/o Melanie L. Glickson
      Federal Bureau of Investigation
      935 Pennsylvania Avenue, NW
      Room 10140
      Washington, DC  20535

      Subject matter:  CDC bar licensure issue, including Plaintiff's work on that issue, and interactions with Baker

7.    Dr. Tonya Fridy

      Subject matter:  Plaintiff's counseling prior to and following alleged employment decisions

8.    Deborah Crum
      Chief, Discovery Unit
      Litigation and Technology Management Section
      Office of the General Counsel

      Subject matter:  Lync messaging system and retrieval process in connection with Lync messaging exhibits

9.     Dawn Browning
c/o Melanie L. Glickson
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Room 10140
Washington, DC  20535

Subject matter:  Testimony regarding her favorable treatment by Mr. Baker

10.    Erin Prest
c/o Melanie L. Glickson
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Room 10140
Washington, DC  20535
Subject matter: Testimony regarding her favorable treatment by Mr. Baker

11.    Alyssa Flocco
c/o Melanie L. Glickson
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Room 10140
Washington, DC  20535
Subject matter: Testimony regarding her observations of Mr. Baker

12.    Justin Schoolmaster
c/o Melanie L. Glickson
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Room 10140
Washington, DC  20535
Subject matter: Testimony regarding observations of Mr. Baker

    Defendant reserves the right to call any witnesses listed in Plaintiff's witness list in Defendant's case.  Defendant reserves the right to call any witness deemed necessary to impeach the testimony by Plaintiff or proffered by any witness called by Plaintiff.  Defendant reserves the right to call any necessary rebuttal witnesses, and to object to any witnesses listed or called by Plaintiff.

## II.    **Exhibits**

| No. | Description | Bates Number | Comment |
|---|---|---|---|
| D1 | Job Announcement posted June 3, 2014 for Job Posting #2014-0704, Deputy General Counsel, National Security Law Branch | GRZ_FBI002578R-GRZ_FBI002579R | |
| D2 | Plaintiff's SES Application to 2014-0704 Deputy General Counsel, National Security Law Branch | GRZ_FBI002655-GRZ_FBI002661 | |
| D3 | Emails Pertaining to Mr. Baker's Decision to Interview Plaintiff | GRZ_FBI002556-GRZ_FBI002559 | |
| D4 | Email of May 5, 2015 Announcing Trisha Anderson as DGC of National Security Law Branch | GRZ_FBI004364-GRZ_FBI004365 | |
| D5 | Organizational Charts | GRZ_FBI004505-GRZ_FBI004509 | |
| D6 | Cancelation of Vacancy Announcement 2014-0704 (National Sec. Law Branch) | GRZ_FBI002600 | |
| D7 | Emails Pertaining to Trisha Anderson Direct Hire | GRZ_FBI002409; GRZ_FBI002466 | |
| D8 | Email Regarding Trisha Anderson Interview | GRZ_FBI002475 | |
| D9 | Email Reflecting Trisha Anderson Critical Mission Hire Pending with Security Division February 25, 2015 | GRZ_FBI3866 | |
| D10 | Email of September 11, 2015 Requesting Feedback from Mr. Baker Re: Plaintiff's Probationary Period Performance | GRZ_FBI003798-GRZ_FBI003800 | |
| D11 | Baker Probationary Period Assessment | GRZ_FBI000108-GRZ_FBI000114 | |

| | | | |
|---|---|---|---|
| D12 | Senior Executive Service and Senior Level Policy Guide | GRZ_FBI000166-GRZ_FBI000244 | |
| D13 | Ernest Babcock's Performance Review Dated October 28, 2015 | GRZ_FBI000116-GRZ_FBI000128 | |
| D14 | Plaintiff's Request for Higher Level of Review | GRZ_FBI000131-GRZ_FBI000134 | |
| D15 | Chief Division Counsel Conference Agenda October 26-29, 2015 | GRZ_FBI000537-FBI000548 | |
| D16 | Email of October 8, 2015 from Mr. Baker to Plaintiff and Mr. Babcock Re: CDC Conference | GRZ_FBI000779 | |
| D17 | June 25, 2015 Emails Re CDC Active Bar | GRZ_FBI000490-GRZ_FBI000494 | |
| D18 | June 25-26, 2015 Emails Re CDC Active Bar | GRZ_FBI000495-GRZ_FBI000499 | |
| D19 | Email chain Re CDC/ADC Bar Membership Briefing Slides for DD | GRZ_FBI004670-GRZ_FBI004683 | |
| D20 | July 14, 2015 Emails Re Non-Record | GRZ_FBI004684-GRZ_FBI004685 | |
| D21 | July 27, 2015 Emails Re: Non-Record | GRZ_FBI004693-GRZ_FBI004695 | |
| D22 | August 13, 2015 Emails Re: Non-Record | GRZ_FBI004696-GRZ_FBI004698 | |
| D23 | SES Job Posting Information Form DGC for Litigation Branch (July 8, 2015) | ECF No. 32-1 at ECF pp. 6-7 | |
| D24 | Psychological Services Center Invoice | Complainant 00011 | |
| D25 | Dr. Fridy Progress Note dated October 8, 2015 | Complainant 00409R | |
| D26 | Complainant's Responses to the Agency's August 2, 2018 Interrogatories dated September 10, 2018 | Ex. to Grzadzinski deposition in D.D.C. litigation | |

| | | | |
|---|---|---|---|
| D27 | Emails Between Plaintiff and Dr. Fridy in October 2018 | Ex. to Grzadzinski deposition in D.D.C. litigation | |
| D28 | Emails Between Plaintiff and Dr. Fridy November 2018 Re: Computer Being Hacked | Ex. to Grzadzinski deposition in D.D.C. litigation | |
| D29 | Medical Notes October 6, 2015 Office Visit with Dr. Reddy | Complainant 406R-Complainant 408 | Subject to, and contingent on outcome of, motion in limine |
| D30 | Medical Record Re Asthma – Dr. Nsouli Notes | GRZADZINSKI DDC_000001- GRZADZINSKI DDC_000037 | |
| D31 | October 2014 medical records | GRZADZINSKI DDC 0066 - 0075 | |
| D32 | Medical Record Re November 2014 Dr. Caine Visit | GRZADZINSKI DDC_000090- GRZADZINSKI DDC_000094 | |
| D33 | September 15, 2015 Mary Washington Record | Complainant 0289-0290 | Subject to, and contingent on outcome of, motion in limine |
| D34 | Plaintiff's Amended Responses and Objections to Interrogatories Nos. 1, 2, 6 and 7 dated Oct. 11, 2022 | Ex. to Grzadzinski deposition in D.D.C. litigation | Some responses are subject to, and contingent on outcome of, motion in limine |
| D35 | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production of Documents Dated September 9, 2021 | Ex. to Grzadzinski deposition in D.D.C. litigation | Some responses are subject to, and contingent on outcome of, motion in limine |
| D36 | Car Purchase Documents | Complainant 00021 – Complainant 00051 | |

| | | | |
|---|---|---|---|
| D37 | Ford Edge Review, Pricing, and Specs | https://www.caranddriver.com/ford/edge-2017 | |
| D38 | Medical Record Jan. 15, 2016 | GRZADZINSKI DDC_000095-GRZADZINSKI DDC_000104 | |
| D39 | Grzadzinski Lync Messages | GRZ_FBI004306-GRZ_FBI004340; GRZ_FBI004290-GRZ_FBI004340; GRZ_FBI004341-GRZ_FBI004342 | |
| D40 | Emails Re Sherry Sabol | GRZ_FBI003422-GRZ_FBI003423; GRZ_FBI003428-GRZ_FBI003429; GRZ_FBI003693-GRZ_FBI003694 | Subject to, and contingent on outcome of, motion in limine |
| D41 | Sabol Intake Form | GRZ_FBI004241-GRZ_FBI004246 | Subject to, and contingent on outcome of, motion in limine |
| D42 | Sabol administrative whistleblower complaint | GRZ_FBI003362-GRZ_FBI003372 | Subject to, and contingent on outcome of, motion in limine |
| D43 | Sabol email Aug. 14, 2015 | GRZ_FBI004233-GRZ_FBI004234 | Subject to, and contingent on outcome of, motion in limine |
| D44 | Bruno Summary of EEO Complaint | GRZ_FBI003769-GRZ_FBI003772 | Subject to, and contingent on outcome of, motion in limine |
| D45 | Baker Email of October 28, 2015 Re Replacing Narrative in Bruno PAR | GRZ_FBI004260 | Subject to, and contingent on outcome of, motion in limine |
| D46 | Miller Intake Form | GRZ_FBI003575-GRZ_FBI003581 | Subject to, and contingent on |

| | | | |
|---|---|---|---|
| | | | outcome of, motion in limine |
| D47 | Miller Email June 3, 2015 | GRZ_FBI003373 | Subject to, and contingent on outcome of, motion in limine |
| D48 | Miller Email June 5, 2015 | GRZ_FBI004255-GRZ_FBI004258 | Subject to, and contingent on outcome of, motion in limine |
| D49 | Kevin Walker Email August 13, 2015 | GRZ_FBI003407-GRZ_FBI003408 | Subject to, and contingent on outcome of, motion in limine |
| D50 | Wiegand Intake Form | GRZ_FBI003665-GRZ_FBI003674 | Subject to, and contingent on outcome of, motion in limine |
| D51 | Miller Lync messages | GRZ_FBI004356 to 4358 | Subject to, and contingent on outcome of, motion in limine |
| D52 | Wiegand Lync Messages | GRZ_FBI004359 to 4360 | Subject to, and contingent on outcome of, motion in limine |
| D53 | June 21, 2016 medical records | GRZADZINSKI DDC_000113 to GRZADZINSKI DDC_000126 | |
| D54 | January 30, 2017 medical records | GRZADZINSKI DDC_000151 to GRZADZINSKI DDC_000155 | |
| D55 | May 29, 2020 medical record | GRZADZINSKI DDC_000210 | |

- 9 -

| D56 | February 19, 2016 medical record | GRZADZINSKI DDC_000105 to GRZADZINSKI DDC_000112 | |
| --- | --- | --- | --- |
| D57 | October 14, 2015 Baker email re: Active Bar Memberships for CDCs and ADCs | GRZ_FBI004655 | |
| D58 | EC Re SES Probationary Period | GRZ_FBI002615-GRZ_FBI002617 | |
| D59 | EC Re SES Selection System | GRZ_FBI002618-GRZ_FBI002620 | |
| D60 | Emails of Feb. 29, 2015 between Plaintiff and James Turgal | GRZ_FBI003693-GRZ_FBI003694 | |
| D61 | Wiegand Emails | GRZ_FBI003611; GRZ_FBI003640-GRZ_FBI003642 | Subject to, and contingent on outcome of, motion in limine |
| D62 | Wiegand 2015 Performance Appraisal Report | GRZ_FBI004370-GRZ_FBI | Subject to, and contingent on outcome of, motion in limine |
| D63 | Bruno 2015 Performance Appraisal Report | GRZ_FBI004369 | Subject to, and contingent on outcome of, motion in limine |
| D64 | Sabol 2015 Performance Appraisal Report | GRZ_FBI004371 | Subject to, and contingent on outcome of, motion in limine |

Defendant may also rely on demonstrative aids during trial to assist the jury that will not be offered into evidence. Defendant reserves the right to supplement this list upon receipt of

Plaintiff's List of Witnesses and Exhibits for Trial. Defendant reserves the right to rely on any exhibit identified by Plaintiff.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  D.C. BAR #481052
                                                  United States Attorney

                                                  BRIAN P. HUDK
                                                  Chief, Civil Division

By: _____
     JEREMY S. SIMON
     D.C. Bar No. 447956
     Assistant U.S. Attorney
     601 D. Street, N.W.
     Washington, D.C. 20530
     (202) 252-2528
     Jeremy.simon@usdoj.gov

Dated: January 5, 2023

- 11 -

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2023, I served the foregoing upon Plaintiff via email on Plaintiff's counsel of record as reflected on the court docket for this matter.

JEREMY SIMON
Digitally signed by JEREMY SIMON
Date: 2023.01.05 19:35:58 -05'00'

Jeremy Simon