UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCIANN GRZADZINSKI,

    Plaintiff,

      v.

MERRICK GARLAND, Attorney General of the United States,

    Defendant.

Civil Action No. 20-1411 (JEB)

## *VOIR DIRE*

1. In this case, Marciann Grzadzinski is the plaintiff. She worked as a Special Agent and as a lawyer at the Federal Bureau of Investigation (or FBI). In this suit, she claims that her removal from a Deputy General Counsel position and her demotion from the Senior Executive Service in 2015-16 were motivated by sex discrimination. The FBI contends that these decisions were based on legitimate, non-discriminatory reasons. Do any of you know anything about this case?

2. Ms. Grzadzinski is represented by Michael Kator, Kerrie Riggs, and Nicole Portnov of the law firm of Kator, Parks, Weiser & Wright. The Government is represented by Assistant U.S. Attorneys Jeremy Simon and Brenda Gonzalez Horowitz. Do any of you know or know of any of these individuals or the law firm?

3. Plaintiff's counsel will now list the names of the witnesses whom she may call to testify in this case. They will be introduced by their name and where they reside and/or work. [Plaintiff's counsel will introduce witnesses who may be called by Plaintiff to testify.] Do you know or have any familiarity with any of these persons?

1

4. Defendant's counsel will now list the names of the witnesses whom Defendant may call to testify in this case. They will similarly be introduced by where they currently work or formerly worked. [Defendant's attorney will introduce witnesses who may be called by Defendant to testify.] Do you know or have any familiarity with any of these persons?

5. Do you know anyone who was employed as a lawyer or a Special Agent at the FBI or who worked on legal issues there?

6. As you have heard, this is a case alleging sex discrimination. Is there any reason why you might have difficulty being a fair and impartial juror in such a case?

7. Have any of you or a close friend or relative ever been employed in any of the following occupational areas:

    a. as a claims adjuster in an insurance company;

    b. in human resources;

    c. as a lawyer or in any other capacity in the legal profession; or

    d. as a Special Agent or any other law enforcement profession?

8. Have you ever had a discrimination or retaliation charge filed against you, a family member, or a business in which you are associated?

9. Have you ever been discriminated against in the workplace?

10. Have you or any relative or close friend ever been involved in a court case involving claims of discrimination or retaliation as a plaintiff, defendant, or witness?

11. Have you or any of your relatives, close friends, or co-workers filed claims of discrimination?

12. Have you ever demoted anyone in the workplace or been demoted yourself?

13. Have you or any of your relatives, close friends, or co-workers ever been investigated by the FBI or any other law enforcement agency?

14. Do any of you have any religious, political, or moral convictions which cause you to believe that employers should be allowed to make employment decisions regarding their employees without any government restrictions or interference?

15. Do you have a hearing problem such that it would make it difficult for you to hear testimony, or an eyesight problem, or any other medical condition that would make it difficult for you to view or read evidence?

16. Are you presently taking any medication that might cause drowsiness, or experiencing any other physical or mental conditions which might in any way affect your ability to give your full attention to this case?

17. Do you have any difficulty understanding the English language?

18. The presentation of evidence in this trial is expected to last 3-4 days; the length of deliberations is determined by the jury itself. Given this schedule, does anyone believe that serving as a juror on this case would constitute an extreme hardship?

19. Do you know any other reason that I have not mentioned that might make it difficult for you to sit fairly, impartially, and attentively as a juror in this case?

Respectfully submitted,

Date: February 20, 2023

_____/s/ Kerrie D. Riggs_____
Michael J. Kator, D.C. Bar No. 366936
Kerrie D. Riggs, D.C. Bar No. 995784
Nicole E. Portnov. D.C. Bar No. 1046989
Kator, Parks, Weiser & Wright, PLLC
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389
mkator@katorparks.com
kriggs@katorparks.com
nportnov@katorparks.com

*Attorneys for Plaintiff*

3