CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MARCIANN M. GRZADZINSKI

vs.

MERRICK B. GARLAND
in his official capacity as Attorney General of the United States

Civil/Criminal No.: 20-cv-01411-JEB

## NOTE FROM JURY

We've reached a decision

Date: 3/3/2023

Time: 1:52 pm