UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCIANN GRZADZINSKI, )
)
Plaintiff, )
)
v. ) Civil Action No. 20-1411 (JEB)
)
MERRICK GARLAND, in his official )
Capacity as Attorney General of the )
United States, )
)
Defendant. )
)

## PLAINTIFF'S EXHIBIT LIST

| Ex. No. | Identifier | Description |
|---|---|---|
| Px. 1 | GRZ_FBI004684 - GRZ_FBI004685 | Emails re: CDC/ADC active, July 14, 2015 ✓ 2/27/23 |
| Px. 2 | GRZ_FBI004670 - GRZ_FBI004671 | Emails re: CDC/ADC Bar Membership Briefing Slides, May 18, 2015 |
| Px. 3 | GRZ_FBI004693 - GRZ_FBI004695 | Emails re: CDC/ADC Monthly Lync Mtg, July 27, 2015 |
| Px. 4 | GRZ_FBI000495 - GRZ_FBI000499 | Emails re: CDC Active Bar, June 26, 2015 ✓ 2/27/23 |
| Px. 5. | GRZ_FBI000490 - GRZ_FBI000494 | Emails re: CDC Active Bar, June 25, 2015 ✓ 3/1/23 |
| Px. 6 | GRZ_FBI004693 - GRZ_FBI004695 | Emails re: CDC Active Bar, July 27, 2015 |
| Px. 7 | GRZ_FBI004696 - GRZ_FBI004698 | Emails re: CDC Active Bar, Aug. 13, 2015 ✓ 2/27/23 |
| Px. 8 | GRZ_FBI000779 - GRZ_FBI000785 | Emails re: CDC Conference Agenda, Oct. 8, 2015 ✓ 3/2/23 |
| Px. 9 | GRZ_FBI000769 - GRZ_FBI000771 | Emails re: Grzadzinski work updates, Sept. 14, 2015 |
| Px. 10 | GRZ_FBI000813 | Email re: Grzadzinski rating, Oct. 24, 2015 ✓ 2/28/2 |

| Px. 11 | GRZ_FBI000116 - GRZ_FBI000128 | Grzadzinski 2015 Performance Review by Babcock, Nov. 9, 2015 | ✓ 2/27/23 |
| Px. 12 | GRZ_FBI000130 - GRZ_FBI000134 | Grzadzinski 2015 Performance Review PRB, by Comey, Dec. 10, 2015 | ✓ 2/27/23 |
| Px. 13 | GRZ_FBI000108 - GRZ_FBI000114 | Grzadzinski Final Assessment by Baker, Jan. 19, 2016 | ✓ 2/27/23 |
| Px. 14 | GRZ_FBI003953 - GRZ_FBI003990 | Emails re: OGC Personnel Announcement, Jan. 11, 2016 | ✓ 2/27/23 |
| Px. 15 | GRZADZINSKI DDC_000095 - GRZADZINSKI DDC_000104 | Medical Record, Jan. 15, 2016 | |
| Px. 16 | GRZADZINSKI DDC_000105 - GRZADZINSKI DDC_000112 | Medical record, Feb. 19, 2016 | |
| Px. 17 | GRZ_FBI003362-GRZ_FBI003372 | Sabol IG Compl. | |
| Px. 18 | GRZ_FBI004260 | Emails re: Bruno, Oct. 28, 2015 | |
| Px. 19 | GRZ_FBI003373 | Email re: Today's conversation, June 3, 2015 | |
| Px. 20 | GRZ_FBI004255-GRZ_FBI004258 | Emails re: reorg, June 5, 2015 | |
| Px. 21 | GRZ_FBI003407-GRZ_FBI003408 | Email re: Confidentiality of the EEO Process | |
| Px. 22 | Complainant 00485 | Plaintiff's February 2015 Calendar Notes | ✓ 2/27/23 |