UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIANN GRZADZINSKI,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MERRICK GARLAND,  )<br>Attorney General,  )<br>  )<br>        Defendant.  )<br>  ) | Civil Action No. 20-1411 (JEB) |

**DEFENDANT'S EXHIBIT LIST**

| No. | Description |
|---|---|
| D1 | Job Announcements for Deputy General Counsel, Investigative Law and Training Branch and National Security Law Branch |
| D2 | Plaintiff's SES Application to 2014-0704 Deputy General Counsel, National Security Law Branch |
| D3 | Emails Pertaining to Mr. Baker's Decision to Interview Plaintiff |
| D4 | Email of May 5, 2015 Announcing Trisha Anderson as DGC of National Security Law Branch |
| D5 | Organizational Charts |
| D7a | Email Pertaining to Trisha Anderson Resume |
| D15 | Chief Division Counsel Conference Agenda October 26-29, 2015 |
| D16 | Email of October 8, 2015 from Mr. Baker to Plaintiff and Mr. Babcock Re: CDC Conference |
| D19 | Email chain Re CDC/ADC Bar Membership Briefing Slides for DD |
| D22 | August 13, 2015 Emails Re: Non-Record |
| D39c | Grzadzinski Lync Messages |
| D40a | Feb. 19, 2015 emails re Sherry Sabol |
| D40b | March 2015 emails re: Sherry Sabol |
| D57 | October 14, 2015 Baker email re: Active Bar Memberships for CDCs and ADCs |
| D60 | Emails of Feb. 19, 2015 between Plaintiff and James Turgal |
| D65 | Jan. 26, 2015 email chain |
| D66 | March to April 2015 email chain re Branch Plans |
| D67 | Aug. 2014 email chain re: Elaine Lammert's Retirement |
| D68 | June 9, 2014 email exchange |
| D69 | June 2015 calendar page |
| D71 | 28 USC § 530(C) |